UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMANDA RAE MACHIN § § § | |
| v. § § | CIVIL ACTION NO. 4:22-CV-00729-SDJ |
| CHOCTAW CASINO § § § § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 14, 2024, the Magistrate Judge entered a Report, (Dkt. #27), that Defendant's Motion to Dismiss, (Dkt. #23), be granted. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss, (Dkt. #23), is **GRANTED**. It is further **ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 26th day of April, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE